**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**TACQUAN WILLIAMS,**<br>**RYAN REYNOLDS** | **Case No.: 4:20-CR-00011-CDL-MSH-1** |

**ORDER ON MOTION FOR CONTINUANCE**

The parties previously moved the court to continue the pre-trial hearing of this case, which was scheduled for August 27, 2020, and to continue the trial of this case. Although the Court granted the motion, the Court's order only referred to Defendant Williams. The Order was intended to also apply to Defendant Reynolds. As noted in the previous order, additional time is needed for discovery review, pretrial investigation, legal research and to enter into plea negotiations between each defendant and the government if warranted. The Court finds that it is in the interests of justice to allow the parties to complete discovery review, legal research, pretrial investigation and to explore possible plea negotiations and that these interests outweigh the interest of each Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendants' Motion for Continuance [Doc. 40] is **GRANTED**, as to each Defendant, and it is hereby ordered that this case shall be continued until the Court's next trial calendar in January 2021. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

It is SO ORDERED, this 25th day of August, 2020.

S/Clay D. Land
HONORABLE CLAY D. LAND