**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**TACQUAN WILLIAMS** | **Case No.: 4:20-CR-00011-CDL-MSH-1** |

**ORDER ON MOTION FOR CONTINUANCE**

Defendant *Tacquan Williams* has moved the Court to continue the pre-trial hearing of his case, presently scheduled for August 2, 2021, and to continue the trial to the January 2022 jury trial term. Defendant was arraigned on July 27, 2020, and is currently in custody. Additional time is needed for investigation and witness interviews, legal research and to enter into plea negotiations between the defendant and government if warranted. The Court finds that it is in the interests of justice to allow the parties to complete pretrial investigation and witness interviews, legal research, and to explore possible plea negotiations and that these interests outweigh the interest of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 61] is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's January 2022 Trial calendar, with the pre-trial conference to be scheduled on November 29th or 30th, 2021. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

It is SO ORDERED, this **20th** day of **July 2021**.

S/Clay D. Land
HONORABLE CLAY D. LAND